

**FILED**

09/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

SEP 29 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
MARC A. GREENDORFER

O R D E R

Marc A. Greendorfer has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of his application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Greendorfer passed the MPRE in 1996 when seeking admission to the practice of law in the State of New York, where he was admitted. He has also been admitted to the State Bar of California. Greendorfer has practiced law for over 23 years "without any ethical or disciplinary issues in any jurisdiction where licensed or where admitted pro had vice." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Marc A. Greendorfer to waive the three-year test requirement for the MPRE for purposes of his current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 29 day of September, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2